FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 2 - 2006

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **06 - CV - 00366-BNB**

(The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.)

ERNEST J. CURIE,
CHARLES D. MARTINEZ, JR., (All persons subjected to Mandatory Parole since July 1, 1993 or who will be subject to Mandatory Parole in the Future, Plaintiff(s) Class Members Pursuant to F.R. Civ.P. Rule 23(a)(b),

Plaintiffs,

v.

COLORADO GOVERNOR BILL OWENS, Official and Individual Capacity,
STATE OF COLORADO, Official and Individual Capacity,
ALLAN F. STANLEY-Colorado Parole Board, Official and Individual Capacity,
JOHN DOE, Director of Colorado Division of Adult Parole, Official-Individual Capacity,
ALL JOHN DOE AND JANE DOE, Parole Officers, Official and Individual Capacity,
JOHN W. SUTHERS-Attorney General State of Colorado, Official and Individual Capacity, and
COLORADO PAROLE BOARD, Official and Individual Capacity,

Defendants.

---

### ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION

---

Plaintiffs Ernest J. Curie and Charles D. Martinez has submitted a Prisoner Complaint. The complaint is in proper form. Therefore, the clerk of the court will be directed to commence a civil action. Plaintiffs also has tendered the $250.00 filing fee. The clerk of the court will be directed to mail to the Plaintiffs, together with a copy of this order, a receipt for full payment of the $250.00 filing fee. Accordingly, it is

ORDERED that the clerk of the court commence this civil action. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiffs, together

with a copy of this order, a receipt for full payment of the $250.00 filing fee. It is

FURTHER ORDERED that process shall not issue until further order of the court.

DATED at Denver, Colorado, this 2d day of March, 2006.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.    06 - CV - 00366 - BNB

Ernest J. Curie
P.O. Box 85
Lafferty, OH 43951

Charles D. Martinez, Jr.
4535 Thompson Ct.
Denver, CO 80216

 I hereby certify that I have mailed a copy of the **ORDER and a receipt for full payment of the $250.00 filing fee** to the above-named individuals on 3-2-06

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk